UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SAMELLA ANDERSON, ET AL. | CIVIL ACTION NO. 10-1538 |
| VERSUS | JUDGE ROBERT G. JAMES |
| INVACARE CORPORATION | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 11], adopted herein,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's "Motion to Dismiss Pursuant to Fed.R.Civ.Proc. 12(b)(6)" [Doc. No. 7] is GRANTED, and that Plaintiffs' claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 16th day of February, 2011.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE